**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**BILLY CULVER and PAT CULVER, individually and in their capacity as plan participants and beneficiaries on behalf of the Group Health Care Plan of Heath Home Furnishings, L.L.C., Stratford Upholstery Company, L.L.C., and/or Simmons Upholstery Company, L.L.C as a whole; on Behalf of Themselves and All Others Similarly Situated** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 3:02-CV-015-M**

**KARL LEO, HERB HESTER, HEATH HOME FURNISHINGS, LLC, STRATFORD UPHOLSTERY COMPANY, LLC, SIMMONS UPHOLSTERY COMPANY, LLC, and ARM, LTD.** **DEFENDANTS**

**MOVANT KENNETH C. GRIFFIN'S OPPOSITION**
**TO PLAINTIFFS' MOTION TO CONSOLIDATE**

Movant, Kenneth C. Griffin ("K. Griffin"), for his opposition to Plaintiffs' Motion to Consolidate, states as follows:

1. Plaintiffs' Motion seeks to consolidate this case ("Culver I") with a later-filed suit captioned Culver, et al. v. Griffin, et al., Civil Action No. 3:04-cv-176-M-A ("Culver II").[1]

2. While this Court has the discretion to consolidate actions that meet the criteria set forth in the Federal Rule of Civil Procedure 42(a), movant K. Griffin respectfully submits that

---

[1]Pursuant to Local Rule 42.1, Plaintiffs filed their Motion to Consolidate in Culver I. Because K. Griffin is currently not a party to Culver I he initially filed his opposition in Culver II, the case to which he is a party. At the suggestion of the clerk's office, he has resubmitted his opposition in the Culver I litigation.

the procedural history of Culver I and the current posture of Culver II mandate the denial of Plaintiffs' Motion to Consolidate.

3. When Plaintiffs filed Culver I, they named as defendants all of the defendants in the Culver II action: Kenneth C. Griffin, Don Griffin, Ken Hendricks and Diane Hendricks (the "Culver II Defendants"). However, on Plaintiffs' motion, the Culver II Defendants were thereafter dismissed from Culver I.

4. Plaintiffs then filed the Culver II suit, naming only the Culver II Defendants. After the Culver II suit was initiated, K. Griffin, Ken Hendricks, and Diane Hendricks filed Motions to Dismiss, asserting various defenses. Those Motions are fully briefed and awaiting this Court's ruling.

5. Plaintiffs decided, for whatever reason, to file these actions separately even though they initially named the Culver II Defendants in the Culver I litigation. Having chosen to do so, Plaintiffs should be required to pursue the path they voluntarily chose when they dismissed the Culver II Defendants from Culver I.

6. More fundamentally, even if this Court finds these matters should be consolidated, movant K. Griffin submits that any consideration of Plaintiffs' Motion to Consolidate should be stayed pending this Court's resolution of the fully-briefed dispositive Motions to Dismiss in the Culver II case.

7. This approach will best promote judicial economy. As Magistrate Judge S. Allan Alexander noted in granting the Culver II Defendants' Motion to Stay Class Certification Discovery, assuming the Motions to Dismiss are granted, no further proceedings will be necessary in Culver II. Similarly, the expenditure of time and judicial resources may be avoided

by staying Plaintiffs' Motion to Consolidate until the Culver II Defendants' Motions to Dismiss are resolved.

WHEREFORE, movant Kenneth C. Griffin prays that Plaintiffs' Motion to Consolidate be denied.

Respectfully submitted this the 8th day of April, 2005.

s/ Alexander A. Alston, Jr.
ALEX A. ALSTON, JR. (Miss. Bar No. 1543)
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street (39201)
Post Office Drawer 119
Jackson, Mississippi 39205
Telephone: 601-948-3101
Facsimile: 601-960-6902
E-mail: aalston@brunini.com

ATTORNEY FOR MOVANT KEN GRIFFIN

OF COUNSEL:

BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
1400 Trustmark Building
248 East Capitol Street
Jackson, Mississippi 39201
Telephone: 601-948-3101
Facsimile: 601-960-6902

Stephen J. Senderowitz (admitted *pro hac vice* in "Culver II")
Joseph J. Torres (admitted *pro hac vice* in "Culver II")
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700

**CERTIFICATE OF SERVICE**

I, Alex A. Alston, Jr., attorney for movant Ken Griffin, hereby certify that on April 8,

2005, I electronically filed the foregoing Movant Kenneth C. Griffin's Opposition to Plaintiffs' Motion to Consolidate with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

MATTHEW Y. HARRIS, ESQ.
RUTLEDGE & DAVIS, PLLC
Post Office Drawer 29
New Albany, Mississippi 38652

JENNIFER M. BERMEL, ESQ.
LORRIE K. RIDDER, ESQ.
ROSSIE, LUCKETT, PARKER & RIDDER, PC
1669 Kirby Parkway, Suite 106
Memphis, Tennessee 38120

THOMAS H. FREELAND, IV, ESQ.
FREELAND & FREELAND
Post Office Box 269
Oxford, Mississippi 38655-0269

NINA S. TOLLISON, ESQ.
WILLIAM K. DUKE, ESQ.
TOLLISON LAW FIRM, P.A.
Post Office Box 1216
Oxford, Mississippi 38655-1216

I hereby certify that I have mailed by United States Postal Service, first class postage prepaid, the document to the following non-ECF participants:

A. RHETT WISE, ESQ.
PRIEST, WISE & RUSSELL, PLLC
Post Office Box 46
Tupelo, Mississippi 38802

MORRIS J. BROOKS, JR., ESQ.
LEO AND ASSOCIATES
200 Randolph Avenue, Suite 200
Huntsville, Alabama 35801

This the 8th day of April, 2005.

s/ Alexander A. Alston, Jr.