**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**BILLY CULVER and PAT CULVER, individually and in their capacity as plan participants and beneficiaries on behalf of the Group Health Care Plan of Heath Home Furnishings, L.L.C., Stratford Upholstery Company, L.L.C., and/or Simmons Upholstery Company, L.L.C as a whole; on Behalf of Themselves and All Others Similarly Situated** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 3:02-CV-015-M**

**KARL LEO, HERB HESTER, HEATH HOME FURNISHINGS, LLC, STRATFORD UPHOLSTERY COMPANY, LLC, SIMMONS UPHOLSTERY COMPANY, LLC, and ARM, LTD.** **DEFENDANTS**

**JOINDER IN MOVANT,**
**KENNETH C. GRIFFIN'S, OPPOSITION TO**
**PLAINTIFF'S MOTION TO CONSOLIDATE**

**COMES NOW** Ken Hendricks and Diane Hendricks, Defendants in *Culver II,* by and through their counsel of record, and files this their *Joinder* to Movant's, Kenneth C. Griffin's, *Opposition to Plaintiff's Motion to Consolidate* in the above-referenced case. Pursuant to this *Joinder*, Ken Hendricks and Diane Hendricks, Defendants in *Culver II,* adopt, join in, and incorporate all grounds, arguments, and defenses as asserted by Kenneth C. Griffin's

*Opposition to Plaintiffs' Motion to Consolidation*, as their own.

Respectfully submitted, this the 11th day of April, 2005

**KEN HENDRICKS AND DIANE HENDRICKS**

**BY: s/Kenneth T. O'Cain**
**KENNETH T. O'CAIN, One of the Counsel for Ken Hendricks and Diane Hendricks**

**OF COUNSEL:**

***James P. Streetman (MSB #7973)***
***Kenneth T. O'Cain (MSB #101124)***
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
725 Avignon Drive
Ridgeland, MS 39157
P.O. Box 13847
Jackson, MS 39236-3847
Telephone: (601) 607-4800
Facsimile: (601) 607-4801

## CERTIFICATE OF SERVICE

I, Kenneth T. O'Cain, one of counsel of record for **KEN HENDRICKS AND DIANE HENDRICKS**, do hereby certify that I have this date caused to be delivered, via United States Mail, postage prepaid, a true and correct copy of the above and foregoing pleading to the following:

Alex A. Alston, Jr.
Brunini, Grantham, Grower & Hewes, PLLC
P. O. Drawer 119
Jackson, MS 39205

Stephen J. Senderowitz, Esq.
Joseph J. Torres, Esq.
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Matthew Y. Harris, Esq.
Rutledge and Davis, P.L.L.C.
Post Office Box 29
New Albany, MS 38652

Jennifer M. Bermel, Esq.
Lorrie K. Ridder, Esq.
Rossie, Luckett, Parker & Ridder, PC
1669 Kirby Parkway, Suite 106
Memphis, TN 38120

Thomas H. Freeland, IV, Esq.
Freeland & Freeland
P. O. Box 269
Oxford, MS 38655-0269

Nina S. Tollison, Esq.
William K. Duke, Esq.
Tollison Law Firm, P.A.
P. O. Box 1216
Oxford, MS 38655-1216

A. Rhett Wise, Esq.
Priest, Wise & Russell, PLLC
P. O. Box 46
Tupelo, MS 38802

Morris J. Brooks, Jr., Esq.
Leo & Associates
200 Randolph Avenue, Suite 200
Huntsville, AL 35801

**This** the 11th day of April, 2005.

**s/Kenneth T. O'Cain**
KENNETH T. O'CAIN