**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**BILLY CULVER, ET AL.** **PLAINTIFFS**

**V.** **CASE NO. 3:04-CV-176-M-D**

**KEN GRIFFIN, ET AL.** **DEFENDANTS**

**AGREED ORDER ENLARGING TIME TO ANSWER**

This matter came on for hearing on the motion *ore tenus* of the Defendant Ken Griffin for an Order granting an additional 15 days from the time the Motion for Leave to Amend Complaint is ruled on by this Court in which to file his answer or responsive pleading, and the Court being advised that Plaintiffs' counsel are in agreement and have no objection,

IT IS ORDERED that the Defendant Ken Griffin is granted an additional 15 days from the date Plaintiffs' Motion for Leave to Amend Complaint is ruled on by the Court in which to file his answer or responsive pleading.

ORDERED AND ADJUDGED this the 29th day of September 2005.

UNITED STATES MAGISTRATE JUDGE