**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **BILLY CULVER and PAT CULVER, et al., on behalf of themselves and all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO. 3:02-CV-015-MPM-JAD** |
| **v.** | ) | |
| **KARL LEO, HERB HESTER, PHIL HUNNIFORD, ARM, LTD. and CAYE HOME FURNISHINGS, L.L.C.,** | ) | |
| **Defendants.** | ) | |

---

| | | |
|---|---|---|
| **BILLY CULVER and PAT CULVER, et al., on behalf of themselves and all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO. 3:04-CV-00176-MPM-JAD** |
| **v.** | ) | |
| **KEN GRIFFIN, DON GRIFFIN, KEN HENDRICKS and DIANE HENDRICKS,** | ) | |
| **Defendants.** | ) | |

## MOTION FOR ORDER GRANTING ATTORNEYS' FEES AND COSTS

COMES NOW the Defendant, Ken Griffin, and moves this Court for an Order requiring Kemper Insurance Company ("Kemper") to pay this Defendant his reasonable attorneys' fees

and costs and to enforce the settlement reached by all parties, including Kemper, and for cause would show unto the Court:

1. After a lengthy mediation presided over by Judge Davis on December 20, 2005, all parties – as well as Defendants' insurer Kemper – agreed to settle this matter in the entirety.

2. As part of the final settlement agreement, Kemper, after accepting Ken Griffin's tender of defense of this matter, agreed to reimburse Ken Griffin for attorneys' fees and costs incurred relating to the case and to assume responsibility for payment of Ken Griffin's attorneys' fees and costs until this matter is resolved.

3. The Settlement Agreement signed by all parties and Kemper specifically provided in paragraph 6.13 for "Kemper's obligation to provide attorneys' fees and costs to Defendants for the defense of the Litigation." A copy of the Settlement Agreement (without exhibits) is attached hereto as Exhibit 1.

4. Pursuant to this Settlement Agreement, the Defendants paid their respective agreed upon sums and this matter was resolved, with this Court entering its Final Order and Judgment on August 2, 2006.

5. While Kemper has contributed its agreed upon portion of the settlement fund, Kemper has not, to date, fully met its obligation to pay the attorneys' fees and costs incurred by Defendant Ken Griffin relating to this case, despite repeated requests and reminders by counsel for Ken Griffin.

6. Ken Griffin engaged the firm of Brunini, Grantham, Grower & Hewes of Jackson, Mississippi ("Brunini") and also the firm of Winston & Strawn of Chicago, Illinois to defend

him in this action. Ken Griffin has paid all the fees and costs incurred by these firms in representing him in this action.

7. From December 6, 2004, through April 28, 2006, the Brunini firm charged its client Ken Griffin fees and expenses in the total sum of $70,739.94, a copy of these statements being attached hereto as Exhibit 2.

8. From December 6, 2004, through April 27, 2006, the firm of Winston & Strawn charged its client Ken Griffin for services rendered and costs incurred in the total sum of $223,098.04, a copy of these statements being attached hereto as Exhibit 3.

9. Additionally, the Brunini firm has expended time and incurred costs paid by its client Ken Griffin for the months of May, June, July and August, 2006, in the total sum of $11,786.74, a copy of these statements being attached hereto as Exhibit 4.

10. The sole and only payment made by Kemper was 80% of the Brunini statements set forth as Exhibit 2 in the sum of $56,591.95.

11. This action alleged breach of contract, breach of fiduciary duty, violation of ERISA, interference with protected rights, fraudulent and negligent misrepresentations, wrongful denial of claims, and civil RICO violation. A copy of the last Amended and Restated Complaint (without exhibits) is attached hereto as Exhibit 5.

12. By moving vigorously, Ken Griffin and the other Defendants were finally able to resolve this mater by settlement on April 25, 2006, with the Final Order and Judgment entered by the Court on August 2, 2006, a copy of which is attached hereto as Exhibit 6.

13. The reasonableness of the fees and costs demanded on behalf of Winston & Strawn is set forth in the Affidavits of Gordon B. Nash, Jr. and Patricia Costello Slovak, attached

hereto as Exhibits 7 and 8, respectively, and the reasonableness of the fees and costs of the Brunini firm is set forth in the Affidavit of John L. Maxey II, attached hereto as Exhibit 9.

WHEREFORE, Ken Griffin demands judgment for reimbursement of his attorneys' fees and costs that he has expended in the defense of this case in the total sum of $249,032.77 or such other sum as this Honorable Court may find reasonable in the premises.

This the 31st day of October, 2006.

Respectfully submitted,

KEN GRIFFIN

By: s/ Alexander A. Alston, Jr.
ALEX A. ALSTON, JR. (Miss. Bar No. 1543)
ATTORNEY FOR KEN GRIFFIN

OF COUNSEL:

BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205
248 East Capitol Street
Suite 1400
Jackson, Mississippi 39201
Telephone: (601) 948-3101
Telecopier: (601) 960-6902

Stephen J. Senderowitz (admitted *pro hac vice* in "Culver II")
Joseph J. Torres (admitted *pro hac vice* in "Culver II")
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700

## CERTIFICATE OF SERVICE

I, Alex A. Alston, Jr., attorney for defendant Ken Griffin, hereby certify that on this day I electronically filed the foregoing **Motion for Order Granting Attorneys' Fees and Costs** with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

MATTHEW Y. HARRIS, ESQ.
RUTLEDGE & DAVIS, PLLC
Post Office Drawer 29
New Albany, Mississippi 38652

EDGAR C. GENTLE, III, ESQ.
JAMES M. McMULLAN, ESQ.
GENTLE, PICKENS & TURNER
Two North Twentieth Building, Suite 1200
2 North 20th Street
Birmingham, Alabama 35203

STERLING L. DERAMUS, ESQ.
ATTORNEY AT LAW
2015 First Avenue North
Birmingham, Alabama 35203

C. MICHAEL MALSKI, ESQ.
DANA L. TUBB, ESQ.
CARNATHAN, MALSKI & McAULEY
Post Office Box 543
Amory, Mississippi 38821

JENNIFER M. BERMEL, ESQ.
LORRIE K. RIDDER, ESQ.
ROSSIE, LUCKETT, PARKER & RIDDER, PC
1669 Kirby Parkway, Suite 106
Memphis, Tennessee 38120

ERIN P. LANE, ESQ.
JEFFREY A. WALKER, ESQ.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA
Post Office Box 22567
Jackson, Mississippi 39225-2567

THOMAS H. FREELAND, IV, ESQ.
FREELAND & FREELAND
Post Office Box 269
Oxford, Mississippi 38655-0269

WILLIAM K. DUKE, ESQ.
TOLLISON LAW FIRM, P.A.
Post Office Box 1216
Oxford, Mississippi 38655-1216

A. RHETT WISE, ESQ.
PRIEST, WISE & RUSSELL, PLLC
Post Office Box 46
Tupelo, Mississippi 38802

MORRIS J. BROOKS, JR., ESQ.
LEO AND ASSOCIATES
200 Randolph Avenue, Suite 200
Huntsville, Alabama 35801

KENNETH T. O'CAIN, ESQ.
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
Post Office Box 13847
Jackson, Mississippi 39236-3847

I further certify that on this day I forwarded a correct copy of the above and foregoing Motion, via facsimile (without exhibits) and via Federal Express (with exhibits), to the following counsel:

GEORGE J. MANOS, ESQ. (via facsimile and via Federal Express)
BOLLINGER, RUBERRY & GARVEY
Citicorp Center
500 West Madison Street, Suite 2300
Chicago, Illinois 60661-2593

This the 31st day of October, 2006.

s/ Alexander A. Alston, Jr.